UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
FILED
NOV 17 2023
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 7:23-cr-19-KKC

UNITED STATES OF AMERICA            PLAINTIFF

V.      **MOTION OF UNITED STATES FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

CASEY L. COLLINS            DEFENDANT

\* \* \* \* \*

The Defendant, **CASEY L. COLLINS**, is now confined at the Floyd County Detention Center in Prestonsburg, Kentucky. Accordingly, the United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver **COLLINS** to the United States Marshal so that **COLLINS** may be brought before this Court for an arraignment and for other proceedings.

Respectfully submitted,

CARLTON S. SHIER IV
UNITED STATES ATTORNEY

By: /s/ Andrew H. Trimble
Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 330-4838
andrew.trimble@usdoj.gov