UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 7:23-cr-19-KKC

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

V.        **ORDER GRANTING MOTION OF UNITED STATES
FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**CASEY L. COLLINS**                                         **DEFENDANT**

\* \* \* \* \*

On November 17, 2023, the federal grand jury indicted the Defendant, **CASEY L. COLLINS**, on various drug trafficking charges. **COLLINS** is now confined at the Floyd County Detention Center in Prestonsburg, Kentucky in connection with alleged violations under state law. The United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver **COLLINS** to the United States Marshal so that **COLLINS** may be brought before this Court for an arraignment and for other proceedings.

Accordingly, the Court O]RDERS:

(1) the Motion of the United States for a writ of habeas corpus ad prosequendum is GRANTED;

(2) the jailer shall DELIVER the Defendant, **COLLINS**, to the United States Marshal for the Eastern District of Kentucky;

(3) the Marshal shall DELIVER **COLLINS** in custody before the United States District Court at Pikeville, Kentucky, on _____, 2023, at _____, for an arraignment on the federal charges against him, and from time to time thereafter until this case is disposed of; and

(4) the Marshal shall safely KEEP **COLLINS** in custody until he is no longer needed, at which time the Marshal shall RETURN **COLLINS** to the custody of the jailer.

On this _____ day of _____ 2023.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:     United States Marshal (3 certified copies)
                United States Probation
                Andrew H. Trimble, Assistant United States Attorney