UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

CRIMINAL ACTION NO. 7:23-CR-0019-KKC

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.

CASEY L. COLLINS                                                      DEFENDANT

### SENTENCING MEMORANDUM

Comes now the Defendant, CASEY L. COLLINS, by counsel, and hereby submits the following Sentencing Memorandum to the Court for consideration prior to his Final Sentencing in the above-styled action.

Casey Collins is a 39-year old native of Pike County, Kentucky, who has lived in the areas of Pike and Floyd Counties his entire life. He has two children, one age 10, and the other age 9. Casey's involvement in drug sales is undoubtedly the result of lengthy misuse of substances dating back to his early teens, as evidence by his early use of alcohol and marijuana at around age 13-14, and, sadly, his early misuse of opiates such as Hydrocodone and Oxycodone at the very young age of 14. Additionally, Casey misused cocaine as early as age 16, including both powder cocaine and crack cocaine as well.

Not surprisingly, Casey's forays into substance misuse as an extremely young teen resulted in several criminal charges at the state level, including Driving under the Influence (DUI), Burglary, Theft, and Possession of a Controlled Substance, i.e,, those offenses which tend to be the "signature" offenses of those involved in substance misuse.

Unfortunately, counsel believes it would be fair to say that Casey has received little, if any, treatment for his substance abuse disorders throughout his life.  As shown in Paragraph 64 of the PSR, Casey's treatment has been limited to a 30-day outpatient program in Floyd County, Kentucky, and the Kentucky Department of Corrections' Substance Abuse Program (SAP), while serving a prior state sentence.  While the current charge that Casey has pled guilty to is definitely serious (Possession with Intent to Distribute 50 grams or more of a Fentanyl Mixture), it is, sadly, not surprising that he found himself interacting with other opiate addicts in eastern Kentucky.

In addition, Casey Collins suffers from other health problems, namely, a diagnosis of endocarditis, for which he will almost certainly require cardiac surgery at some point in his life.  Further, he has a prior diagnosis of depression and/or an anxiety disorder, for which he has been previously prescribed Paxil as part of a treatment plan (Paragraph 61 of the PSR).

Based upon the relevant Sentencing Guidelines in Casey's case, he will be receiving a significant sentence in his case. Casey's guidelines recommend that he receive a sentence of 92 to 115 months; additionally, Mr. Collins is before the Court on a Writ due to concurrent state charges for what appears to be conduct identical to that which brings him before this Court. Casey has accepted responsibility for his conduct, and would request that the Court take notice of his lengthy substance misuse disorder which dates back to the earliest of his teen years (i.e., 13-14 years old). He also asks the Court to consider his lack of substance abuse treatment to date and, therefore, would request that his sentence include an Order requiring that he enroll in, and complete, the Bureau of Prisons' RDAP program while serving his sentence in this matter. Finally, Casey would ask the Court, given his substance misuse history, his lack of access to treatment, and his acceptance of responsibility, to sentence him to 92 months in the Bureau of Prisons, with that sentence to run concurrent with any sentence that he might receive from the Kentucky state court(s).

/s/Andy Markelonis
ANDY MARKELONIS
P.O. Box 464, 2708 Louisa Street
Catlettsburg, Kentucky  41129
(606) 739-8616; (606) 615-6711
Fax: (606) 405-0052
Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was served upon the parties via the CM/ECF filing system on this the 4th day of August, 2024.


/s/Andy Markelonis_____
ANDY MARKELONIS