UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES – SENTENCING

Case No. 23-CR-19-KKC-EBA-1    At  Lexington    Date  August 16, 2024

USA vs. Casey L. Collins    X present  X custody  ___ bond  ___ OR  Age _____

DOCKET ENTRY:  Parties appeared as noted. There were no objections to the Presentence Report. The Court adopts the Presentence Report. There were no objections to the sentence as stated.

PRESENT: HON. KAREN K. CALDWELL, U.S. DISTRICT JUDGE

| Genia Denisio | None | Elaine Haberer | Andrew M. Trimble |
|---|---|---|---|
| Deputy Clerk | Interpreter | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft:  Andy Markelonis    x  present    ___ retained    x  appointed

PROCEEDINGS: **SENTENCING (Non-Evidentiary)**

_____ Objections to Presentence Report.

  X    No objections to the Presentence Report.

  X    Court advised defendant of appellate rights.

  X    Transcript shall be deemed as written findings of Court.

  X    Judgment shall be entered (See Judgment & Commitment.)

_____ Defendant to remain on release.

  X    Defendant remanded to custody of the USM.


Initials of Deputy Clerk: gld
Copies to: USM, USP, COR
TIC: 21 min